Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendants
GOOGLE LLC and GOOGLE LLC WELFARE
BENEFIT PLAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G., MOLLY G., AND N.G.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, GOOGLE LLC WELFARE BENEFIT PLAN, and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:25-cv-04532-JD<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: August 22, 2024 |

Plaintiffs Daniel G., Molly G., and N.G. ("Plaintiffs"), through their counsel of record, and defendants Google LLC, Google LLC Welfare Benefit Plan, ("Defendants"), through their counsel, hereby jointly notify the Court that this matter has been settled. The parties anticipate filing a stipulation of dismissal within 60 days.

| | | |
|---|---|---|
| DATED: January 23, 2026 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | | By: */s/ Sean Nalty* |
| | | Sean Nalty |
| | | Attorneys for Defendants GOOGLE LLC, and GOOGLE LLC WELFARE BENEFIT PLAN, |
| DATED: January 23, 2026 | | G. ERIC NIELSON & ASSOCIATES |
| | | By: */s/ Laura Nielson* |
| | | Laura Nielson, *pro hac vice* |
| | | Attorney for Plaintiffs Daniel G., Molly, and N.G. |

### Filer's Attestation

I, Sean Nalty, hereby attests that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 23, 2026                                      By: *Sean Nalty*
                                                                                       SEAN NALTY